UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SEAN D. MOON,

                Plaintiff,

   v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

                Defendant.

Case No. 3:11-cv-05230-RJB-KLS

ORDER

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of Judge Karen L. Strombom, United States Magistrate Judge, and objections to the report and recommendation (Dkt. 20), defendant's response (Dkt. 21), and plaintiff's reply (Dkt. 22)and the remaining record, does hereby find and ORDER:

(1) In his objections (Dkt. 20), plaintiff raises issues that were raised before and carefully evaluated by the Magistrate Judge, including plaintiff's argument that the ALJ failed to fully and fairly develop the record. The court concurs with the analysis of the Magistrate Judge. *Molina v. Astrue*, 2012 WL 1071637, at *5, does not appear to affect the analysis or change the result. Accordingly, the Court adopts the Report and Recommendation;

ORDER - 1

(2) The administrative decision is AFFIRMED;

(3) The Clerk is directed to send copies of this Order to plaintiff's counsel, defendant's counsel and Magistrate Judge Karen L. Strombom.

DATED this 16th day of April, 2012.

*[signature: Robert J. Bryan]*

ROBERT J. BRYAN
United States District Judge

ORDER - 2